IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. | : |
| d/b/a IOU FINANCIAL, INC | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : CASE NO. 1:19-cv-05862-CAP |
| RICARDO MAURICE VANCE, JR., | : |
| TAMMY ARELENE VANCE, | : |
| LARRY ANTHONY HAM, | : |
| FUTURE GLOBAL MARKETS, INC. | : |
| | : |
| Defendants | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF ENTIRE CASE WITHOUT PREJUIDCE**

Per Fed. R. Civ. P. 41 (A)(1) (i), IOU files its Notice of Dismissal of this case.

**STATEMENT OF FACTS**

1. This case was served on the Defendants [Doc 7-8, 11, 26, 31, 33]

2. No Defendants appeared, even after service of the Order [Doc 26].

3. Plaintiff now has reason to believe another judgment may have been entered on the loan at issue, as least as to Defendant Ricardo Vance, but cannot amend the Complaint to address that matter per Fed. R. Civ P. 15, the Order [Doc 32] and its Amended Complaint [Doc 33].

4. Per Fed. R. Civ. P. 41 (a) (1)(i), Plaintiff voluntarily dismisses this case in its entirety without prejudice.

## CERTIFICATE OF COMPLIANCE

Per L.R. 5.1(C), I certify this document was prepared per L.R. 5.1(B) in Times Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date, which was mailed to Defendants at the addresses on the returns [Doc 7-9, 11, 31].

Respectfully submitted this 11th day of April 2021.

By: */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 894-5876
Email: pwersant@gmail.com
Attorney for Plaintiff
File No. 10647